PROB 12C
(6/16)

Report Date: February 16, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 20, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Aaron Winnier                    Case Number: 0980 1:14CR02035-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 12, 2015

| | | |
|---|---|---|
| Original Offense: | Possession of stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Federal Defender Office | Date Supervision Commenced: January 16, 2024 |
| Defense Attorney: | Thomas Hanlon | Date Supervision Expires: January 15, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On February 12, 2024, Mr. Winnier was released from state custody at the South Correctional Entity (SCORE) in Des Moines, Washington.  Mr. Winnier failed to report to a United States Probation office upon release.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.<br><br>**Supporting Evidence**: Mr. Winnier is alleged to have violated his supervised release conditions by failing to report to the probation office on or before February 15, 2024.<br><br>On February 12, 2024, this officer spoke via telephone to Mr. Winnier's assigned Washington State Department of Corrections Community Corrections Officer (CCO). The CCO stated Mr. Winnier had been released that day from SCORE in Des Moines, Washington, and reported to her office. The CCO informed this officer Mr. Winnier was directed to report to the United States Probation office within 72 hours. Mr. Winnier informed the CCO that he was aware he has 72 hours to check in with federal probation.<br><br>On February 15, 2024, Mr. Winnier failed to report to the probation office as directed. |

Prob12C

**Re: Winnier, Aaron**
**February 16, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 16, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/20/2024
Date