PROB 12C
(6/16)

Report Date: April 22, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Aaron Winnier                              Case Number: 0980 1:14CR02035-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 12, 2015

| | | |
|---|---|---|
| Original Offense: | Possession of stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas Hanlon | Date Supervision Commenced: January 16, 2024 |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: January 15, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On April 16, 2024, Your Honor explained to Mr. Winnier the Court's expectations upon release from custody, which included reporting to the probation office.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.<br><br>**Supporting Evidence**: Mr. Winnier is alleged to have violated his supervised release conditions by failing to report to the probation office on or before April 19, 2024.<br><br>Mr. Winnier last appeared before Your Honor on April 16, 2024, for his revocation hearing. At that time Mr. Winnier was sentenced to credit for time served and to continue on previously imposed conditions of supervision. In addition, Mr. Winnier was directed to report to the probation office the next day, April 17, 2024.<br><br>Later that same day, this officer received a telephone call from Mr. Winnier's niece, whereby she informed this officer she would be dropping Mr. Winnier off at the probation office the next day. This officer then spoke by telephone with Mr. Winnier's Washington |

Prob12C
Re: Winnier, Aaron
April 22, 2024
Page 2

State Department of Corrections community corrections officer (CCO). The CCO informed this officer that Mr. Winnier had just stopped by her office, and he mentioned to her he would be reporting to the U.S. Probation Office on April 18, 2024, by 2:30 p.m.

On April 18, 2024, this officer received a voicemail from Mr. Winnier, whereby he informed this officer he did not have a ride to the probation office. Mr. Winnier indicated he would try to get a ride the following day. When this officer attempted to call Mr. Winnier back, there was no answer.

On April 19, 2024, Mr. Winnier failed to report to the probation office as directed. His whereabouts is currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 22, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

4/22/2024
Date