PROB 12C
(6/16)

Report Date: August 12, 2024

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Aaron Winnier                                  Case Number: 0980 1:14CR02035-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 12, 2015

| | | |
|---|---|---|
| Original Offense: | Possession of stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas Hanlon | Date Supervision Commenced: January 16, 2024 |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: January 15, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On July 2, 2024, Your Honor explained to Mr. Winnier the Court's expectations upon release from custody, which included him entering and completing inpatient treatment at Northwest Indian Treatment Center (NWITC).

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15:** You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Winnier is alleged to have violated his supervised release conditions by aborting inpatient treatment at NWITC on August 11, 2024.<br><br>On August 11, 2024, this officer received an e-mail from Mr. Winnier's substance abuse counselor, Sonja McMillan, at NWITC, stating Mr. Winnier left the facility at about 5:30 a.m.<br><br>On August 12, 2024, this officer contacted Mr. Winnier's substance abuse counselor, Ms. McMillan, and confirmed that Mr. Winnier left NWITC on August 11, 2024, at 5:30 a.m. |

Prob12C
**Re: Winnier, Aaron**
**August 12, 2024**
**Page 2**

without permission, and has not returned or contacted the facility since then. Mr. Winnier has also not attempted to contact the probation office since aborting the treatment at NWITC.

As of the date of this report, Mr. Winnier's whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 12, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/13/2024
Date