PROB 12C  
(6/16)

Report Date: October 16, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Aaron Winnier                Case Number: 0980 1:14CR02035-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 12, 2015

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: January 16, 2024 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: January 15, 2027 |

## PETITIONING THE COURT

To issue a warrant.

On September 25, 2024, Your Honor explained to Mr. Winnier the Court's expectations upon release from custody, which included him entering and completing inpatient treatment at San Poil Treatment Center (SPTC).

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15:** You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Winnier is alleged to have violated his supervised release conditions by being discharged from inpatient treatment at San Poil Treatment Center on October 15, 2024.<br><br>On October 15, 2024, this officer received a telephone call from a supervisor at SPTC regarding Mr. Winnier being discharged from their facility. She advised he was discharged effective October 15, 2024, for not following the program's rules. In the discharge paperwork, the interviewer comments state, "Mr. Winnier has not progressed in treatment at this time, he has not been doing any of his required work for the program." |

Prob12C
**Re: Winnier, Aaron**
**October 16, 2024**
**Page 2**

The clinical summary notes state, "Mr. Winnier has been mandated to treatment by Parole; Mr. Winnier has refused to stop wearing gang colors, his pants still sagging after repeated times of asking to pull them up. He is not working on any of his treatment books or has attempted to ask for help with his work. He has been medication-seeking since he arrived at the facility."

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 16, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/16/2024
Date